UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION AT LEXINGTON**

| | |
|---|---|
| LUTHER EVERETT BENARD, JR., ) | |
| ) | |
| Plaintiff, ) | Action No. 5:17-cv-0096-JMH |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED:**

(1) Judgment is entered in favor of Nancy A. Berryhill, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE COURT'S ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 14th day of February, 2018.



Signed By:
_Joseph M. Hood_
Senior U.S. District Judge